UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KINAY R. MINGO | CIVIL ACTION |
| VERSUS | NO. 16-15593 |
| WARDEN CAUSEY | SECTION: "N"(1) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 16, 2017 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Kinay R. Mingo is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 24th day of February, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE